Argued February 23, Attorney General's Ballot Title affirmed
February 28, 1968

FADELEY, *Petitioner, v.* THORNTON
ET AL, *Respondents.*
437 P. 2d 750

*Edward N. Fadeley,* Eugene, argued the cause and filed a brief for petitioner.

*Louis S. Bonney,* Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief was Robert Y. Thornton, Attorney General, Salem.

Before PERRY, Chief Justice, and MCALLISTER, SLOAN, O'CONNELL, GOODWIN, DENECKE and HOLMAN, Justices.

PER CURIAM.

The petitioner, being dissatisfied with the ballot title prepared by the attorney general for an initiative measure filed with the Secretary of State, has appealed.

His argument on appeal is that the title as prepared violates the spirit of ORS 254.070.

We have carefully examined the ballot title prepared by the attorney general and are of the opinion that the title as prepared is in compliance with the statutes.

The attorney general's ballot title is affirmed.